UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**VIGILANT INSURANCE COMPANY**, ET AL

v.                                                    **CIVIL ACTION NO. 11-12269-DJC**

**ASHLAND, INC.**

### SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

   The Court having been advised by counsel for the parties that the above-entitled action has been settled;

   IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

March 5, 2014

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk